UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUXON DORSAINVIL,   16-cv-80635-Middlebrooks/Brannon
on his own behalf and others similarly situated,
                Plaintiff,

v.

JM PROTECTIVE SERVICES, INC.
a Florida Profit Corporation dba MEZ SECURITY SERVICES, INC., and
JAMES A. MESIDOR, an individual,
                Defendants.
_____/

**SUMMONS IN A CIVIL CASE (CORPORATION)**

**TO:**    **JM Protective Services, Inc.**
           15800 Pines Boulevard, Suite 301
           Pembroke Pines, Florida 33028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

    Law Office of Dieudonne Cadet, P.A.
    Maguene D. Cadet, Esq.
    2500 Quantum Lakes Drive, Suite 203
    Boynton Beach, Florida 33426
    Phone: 561-853-2212

an Answer to the Complaint which is herewith served upon you, within __**twenty 21**__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

Apr 25, 2016
_____
DATE

*s/ S. Reid*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUXON DORSAINVIL,                  `16-cv-80635-Middlebrooks/Brannon`
on his own behalf and others similarly situated,
           Plaintiff,

v.

JM PROTECTIVE SERVICES, INC.
a Florida Profit Corporation dba MEZ SECURITY SERVICES, INC., and
JAMES A. MESIDOR, an individual,
           Defendants.
_____/

### SUMMONS IN A CIVIL CASE (INDIVIDUAL)

**TO:**     **James A. Mesidor, Individual Defendant**
           15800 Pines Boulevard, Suite 301
           Pembroke Pines, Florida 33028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

       Law Office of Dieudonne Cadet, P.A.
       Maguene D. Cadet, Esq.
       2500 Quantum Lakes Drive, Suite 203
       Boynton Beach, Florida 33426
       Phone: 561-853-2212

an Answer to the Complaint which is herewith served upon you, within __**twenty 21**__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Apr 25, 2016
_____
DATE

**SUMMONS**

*s/ S. Reid*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUXON DORSAINVIL,  	16-cv-80635-Middlebrooks/Brannon
on his own behalf and others similarly situated,
    Plaintiff,

v.

JM PROTECTIVE SERVICES, INC.
a Florida Profit Corporation dba MEZ SECURITY SERVICES, INC., and
JAMES A. MESIDOR, an individual,
    Defendants.
_____/

### SUMMONS IN A CIVIL CASE (CORPORATION)

**TO:**  **JM Protective Services, Inc.**
Attn: Mez Security Services, Inc., Registered Agent
15800 Pines Boulevard, Suite 301
Pembroke Pines, Florida 33028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Law Office of Dieudonne Cadet, P.A.
Maguene D. Cadet, Esq.
2500 Quantum Lakes Drive, Suite 203
Boynton Beach, Florida 33426
Phone: 561-853-2212

an Answer to the Complaint which is herewith served upon you, within __**twenty 21**__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Apr 25, 2016

_____
DATE



SUMMONS

*s/ S. Reid*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court